Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2173 E. Warner Rd., Ste. 101
Tempe, Arizona 85284
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Mark D. Cartwright**; | No. CV05-3282-PCT-MHM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **Excel Acquisitions, LLC,** | |
| Defendant. | |

Plaintiff, by and through counsel undersigned, hereby gives notice of dismissal of this action with prejudice, each party to bear its own attorney's fees and costs.

DATED  November 29, 2005  .

   s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2173 E. Warner Road
Suite 101
Tempe, Arizona 85284
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff